UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LEE A. MEYER and JUDY F. MEYER,

                Plaintiffs,                 ORDER

      v.                 Case No. 11-cv-288-wmc

TIFFIN MOTORHOMES, INC.
and ABC CORP,

                Defendants.

---

The court having been advised by counsel for the plaintiff that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 8th day of June, 2012.

_____
William M. Conley
District Judge